UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:  CHAPTER 13 PROCEEDING:
ARMANDO CANTU  08-10344-B-13
DEBTOR

**TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

1. Debtor filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Friday, Jun 27, 2008.

2. This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

3. Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

4. Creditor listed below has refused payment.

   WELLS FARGO HOME MORTGAGE
   1 HOME CAMPUS
   PMT PROCESSING   MAC #2302-04C
   DES MOINES, IA  50328

5. As a result, funds owed to the creditor in the amount of $1,723.74 by the above referenced Debtor should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Mon, December 21, 2009

*Cindy Boudloche*

Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua  Ste 600
Corpus Christi, TX  78478
(361) 883-5786

#109

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 PROCEEDING: |
| ARMANDO CANTU | 08-10344-B-13 |
| DEBTOR | |

CERTIFICATE OF SERVICE

I, Cindy Boudloche, do hereby certify that on Dec 21, 2009, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below:

*Cindy Boudloche*

Cindy Boudloche, Chapter 13 Trustee

| | |
|---|---|
| ARMANDO CANTU<br>1904 DEL PRADO<br>BROWNSVILLE, TX  78521 | ABELARDO LIMON JR<br>890 WEST PRICE ROAD<br>BROWNSVILLE, TX  78520 |
| WELLS FARGO HOME MORTGAGE<br>1 HOME CAMPUS<br>PMT PROCESSING   MAC #2302-04C<br>DES MOINES, IA  50328 | BARRETT DAFFIN FRAPPIER TURNER &<br>ENGEL LLP<br>1900 ST JAMES PLACE STE 500<br>HOUSTON, TX  77056 |